United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO RAFAEL BAEZ JORGE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-5559 |
| | § | |
| RANDY TATE, et al., | § | |
| | § | |
| Respondents. | § | |

# FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order dismissing Petitioner's Habeas Petition, this action is **DISMISSED WITHOUT PREJUDICE**.

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 31st day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE